**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PHILLIP D. DOWTY,

    Plaintiff,

vs.                                              CASE NO. 3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi Corporation
and JOHNNY B. THAMES,

    Defendants.
_____

**O R D E R**

Defendants' Rule 26(a)(1) Disclosure (Doc. #12) is **STRICKEN** in light of Rule 5(d), Federal Rules of Civil Procedure, which states that "disclosures under Rule 26(a)(1) . . . must not be filed until they are used in the proceeding or the court orders filing[.]"

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of May, 2005.

                                      /s/         Howard T. Snyder
                                      HOWARD T. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and *pro se* parties, if any