```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

PHILLIP D. DOWTY,

       Plaintiff,

vs.                                            CASE NO. 3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi Corporation
and JOHNNY B. THAMES,

       Defendants.

_____

## O R D E R

This cause is before the Court on the Motion to Compel Verification of Interrogatory Answers and Attendance at Deposition and Request for Case Management Conference (Doc. #23; Motion), filed on November 21, 2005. No opposition has been filed in response thereto, and the time for doing so has passed. *See* Rule 3.01(a), Local Rules, United States District Court, Middle District of Florida.

Upon due consideration, the Motion (Doc. #23) is **GRANTED** to the extent Plaintiff must, within ten (10) days of the date of this Order, provide verified interrogatory answers. In addition, he shall submit to a deposition, which should be scheduled at a date and time agreeable to the parties, within thirty (30) days. The request for a case management conference is **DENIED** without

prejudice to the filing of a motion for new case management deadlines if necessary.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of December, 2005.

/s/    Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and *pro se* parties, if any