UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILLIP D. DOWTY,

    Plaintiff,

vs.                    CASE NO. 3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi Corporation
and JOHNNY B. THAMES,

    Defendants.
_____

**O R D E R**

This cause is before the Court on the Agreed Motion for Stay of Court's Order and for Case Management Conference and Extension of Case Management Deadlines (Doc. #25; Motion), filed on January 10, 2006. In the Motion, it is represented Plaintiff's "counsel believes [Plaintiff] is incompetent to manage his affairs and further believes [he] may be incompetent as a witness." *Id.* at 2. Guardianship proceedings are underway in state court and are expected to "be completed by the end of February 2006." *Id.* In light of these facts, the parties are of the view that requiring Mr. Dowty to provide verified interrogatory answers and submit to a deposition "is premature and would likely be fruitless[.]" *Id.* Due to these concerns, the parties ask that the Court stay the effect of the Order (Doc. #24; Discovery Order) requiring such

discovery to proceed.  *Id.* at 3.  Additionally, it is requested that a case management conference be scheduled "for the purpose[] of determining how to proceed to resolve the issue of [Plaintiff's] competence as a witness and" that the case management deadlines be reset.  *Id.*

Upon due consideration, the Motion is **GRANTED** to the extent this case, including the effect of the Discovery Order, is hereby **STAYED** pending resolution of the state guardianship proceeding.  Counsel for Plaintiff shall file a report on the first of each month advising the Court of the status of that matter.  Once Mr. Dowty's competence to manage his affairs has been determined by the state court, a case management conference will be scheduled if appropriate.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of January, 2006.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and *pro se* parties, if any