```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

JESSICA NICOLE LEACH,
as plenary guardian of
the person and property
of Phillip D. Dowty,
an incapacitated person,

      Plaintiff,

vs.                                  CASE NO.  3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi Corporation
and JOHNNY B. THAMES,

      Defendants.
_____

## **O R D E R**

This cause is before the Court on Plaintiff's Motion for Substitution of Party (Doc. #39; Motion).  It is represented Defendants do not object to the relief requested in the Motion. Motion at 2.

Upon consideration, the Motion (Doc. #39) is **GRANTED** and Jessica Nicole Leach is substituted for Phillip D. Dowty as Plaintiff in this action.  The style of the case is hereby amended as reflected above.

In addition, as discussed at the status conference that took place January 25, 2007, Jack E. Bowen, Esquire, shall immediately

take steps to effectuate his readmission to the bar of the Middle District of Florida. Of course, until he has done so, Mr. Bowen cannot properly file any documents or make any further appearances in this case. However, once his readmission is accomplished, he will continue as co-counsel.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of January, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
    and pro se parties, if any