**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JESSICA NICOLE LEACH,
as plenary guardian of
the person and property
of Phillip D. Dowty,
an incapacitated person,

      Plaintiff,

vs.                                 CASE NO. 3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi Corporation
and JOHNNY B. THAMES,

      Defendants.
_____

**O R D E R**

On January 26, 2007, the Court entered an order directing "Jack E. Bowen, Esquire, [to] immediately take steps to effectuate his readmission to the bar of the Middle District of Florida[,]" explaining that, "until he has done so, [he] cannot properly file any documents or make any further appearances in this case." Order (Doc. #41) at 1-2. However, on January 31, 2007, the parties filed their Case Management Report, and Mr. Bowen was a signatory thereof. Case Management Report (Doc. #42) at 6.

Accordingly, Mr. Bowen is reminded to file no documents or make any appearances in this case until he has been readmitted to the bar of the Middle District of Florida. Any further documents

signed by him in this case prior to his readmission will be stricken.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of February, 2007.

        /s/        Howard T. Snyder
        HOWARD T. SNYDER
        UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
    and pro se parties, if any