UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSICA NICOLE LEACH,
as plenary guardian of
the person and property
of Phillip D. Dowty,
an incapacitated person,

      Plaintiff,

vs.                          CASE NO. 3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi Corporation,
and JOHNNY B. THAMES,

      Defendants.
_____

**O R D E R**

This cause is before the Court on the Amended Agreed Motion (Doc. #50; Motion), which renders **MOOT** the Amended Agreed Motion (Doc. #49), wherein extensions of some of the dates set forth in the Case Management and Scheduling Order (Doc. #45) are sought. Upon consideration, it is

    **ORDERED:**

The Motion (Doc. #50) is **GRANTED** to the extent the Case Management and Scheduling Order is amended as follows:

    Service of Defendants' Expert Reports:    **June 26, 2007**

    Service of all Expert Rebuttal Reports:    **July 17, 2007**

    Discovery Deadline:    **July 23, 2007**

The remaining provisions of the Case Management and Scheduling Order (Doc. #45) shall remain in full force and effect.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2007.

>                       /s/        Howard T. Snyder
>                       HOWARD T. SNYDER
>                       UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and pro se parties, if any