UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT G. BUSH, as plenary
guardian of the person and
property of PHILLIP D. DOWTY,
an incapacitated person,

        Plaintiff,

vs.                                    CASE NO. 3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi corporation
and JOHNNY B. THAMES,

        Defendants.
_____

### **O R D E R**

This cause is before the Court on the Agreed Motion Regarding Substitution of Guardian as Party for the Plaintiff (Doc. #53; Motion). Upon consideration, the Motion is **GRANTED** and Robert G. Bush is substituted for Jessica Nicole Leach as Plaintiff in this action. The style of the case is hereby amended as reflected above.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of July, 2007.

                                                /s/        Howard T. Snyder
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
      and pro se parties, if any