UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT G. BUSH, as plenary
guardian of the person and
property of PHILLIP D. DOWTY,
an incapacitated person,

      Plaintiff,

vs.                      CASE NO. 3:05-cv-194-J-HTS

WAYNE WILSON, INC.,
a Mississippi corporation
and JOHNNY B. THAMES,

      Defendants.
_____

### O R D E R

The Jury Trial scheduled to begin on September 17, 2007, at 9:30 A.M. is hereby **RESET** to begin on November 5, 2007, at 9:30 A.M. before Howard T. Snyder, United States Magistrate Judge, in Courtroom No. 5A, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.  All deadlines and other requirements established in the Case Management and Scheduling Order (Doc. #45), as modified, *see* Order (Doc. #51), remain in effect.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of July, 2007.

                                      /s/      Howard T. Snyder
                                    HOWARD T. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
      and pro se parties, if any